# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UGI SUNBURY, LLC, | No. 3:16-CV-00789 |
| Plaintiff. | (Judge Brann) |
| v. | |
| A PERMANENT EASEMENT FOR 0.0913 ACRES IN MONROE TOWNSHIP, SNYDER COUNTY, PENNSYLVANIA TAX PARCEL NO. 12-08-063 | |
| RALPH C. MOERSCHBACHER | |
| RUSSELLA L. MOERSCHBACHER | |
| and ALL UNKNOWN DEFENDANTS, | |
| Defendants. | |

## ORDER

### APRIL 24, 2018

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion to Exclude Defendant's Expert Report and Witness, ECF No. 54, is **DENIED**.

2. Defendant's Motion to Exclude Plaintiff's Expert Witness, ECF No. 58, is **DENIED**.

3. Defendant's Motion to Exclude Plaintiff's Lay Witnesses and Evidence, ECF No. 60, is **DENIED**.

4. Resolution of Defendant's Motion to Apply State Law, ECF No. 56, is

   **STAYED**.

                                         BY THE COURT:


                                         *s/ Matthew W. Brann*
                                         Matthew W. Brann
                                         United States District Judge